UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH L. WILLY,

          Plaintiff,                   Case No. 2:19-cv-11626
                                      District Judge Marianne O. Battani
v.                                    Magistrate Judge Anthony P. Patti

COMMISSIONER OF
SOCIAL SECURITY
ADMINISTRATION,

          Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED MOTION AND BRIEF FOR REMAND PURSUANT TO SENTENCE FOUR, AMENDING THE SCHEDULING ORDER (ECF No. 22) AND STRIKING PLAINTIFF'S ORIGINAL MOTION AND BRIEF (ECF No. 15)

On February 14, 2020, Plaintiff filed a motion requesting, pursuant to Fed. R. Civ. P. 15, leave to amend her October 28, 2019 motion and brief for remand pursuant to Section Four (ECF No. 15), as a preliminary draft of that motion and brief, rather than the final version, was filed by mistake. (ECF No. 22.) As stated in the motion for leave to amend, Defendant has agreed not to oppose Plaintiff filing an amended motion and brief for remand so long as a new scheduling order is entered allowing Defendant the opportunity to review and respond to the changes. (ECF No. 22, PageID.983.)

Upon consideration, the Court **STRIKES** Plaintiff's original summary judgment/remand motion and brief (ECF No. 15) and **GRANTS** Plaintiff leave to file an amended motion and brief for remand.  (ECF No. 22.)  In so doing, the Court will enter the following scheduling order: (1) Plaintiff must file its amended motion and brief for remand on or before **Thursday, February 27, 2020**; (2) Defendant's response and cross-motion is due on or before **Thursday, March 26, 2020**; and (3) Plaintiff's reply is due on or before **Thursday, April 9, 2020**.

    **IT IS SO ORDERED.**

Dated: February 19, 2020

                                      Anthony P. Patti
                                      UNITED STATES MAGISTRATE JUDGE