# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEBORAH L. WILLY,

    Plaintiff,

v.                                            CASE NO: 19-CV-11626

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on cross motions. The case was referred to United States Magistrate Anthony P. Patti pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued his report on August 31, 2020 recommending that this court deny plaintiff's amended motion to remand,[1] and grant defendant's amended motion for summary judgment. No objections have been filed pursuant to 28 U.S.C. §636(b)(1)(C), thus further appeal rights are waived.[2]

Accordingly, the court ADOPTS the recommended findings and conclusions of the Magistrate Judge.

---

[1] The report and recommendation refers to Plaintiff's motion as a motion for summary judgment, but it is docketed as a motion to remand. There is no substantive difference between a motion for summary judgment or a motion to remand, in this context. For docket clarity, the court will refer to it as a motion to remand.

[2] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

### ORDER

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Plaintiff's [24] Amended Motion to Remand is **DENIED**, Defendant's [27] Amended Motion for Summary judgment is **GRANTED, AFFIRMING** the Commissioner's decision and **TERMINATING AS MOOT** Defendant's original [20] motion for summary judgment.

IT IS SO ORDERED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 23, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 23, 2020, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522