**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DEBORAH L. WILLY,

       Plaintiff,

v.                            CASE  NO: 19-CV-11626

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

## <u>JUDGMENT</u>

      In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's amended motion for summary judgment and denying plaintiff's amended motion for remand entered this date,

      IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

      ENTERED BY ORDER OF THE COURT

Dated: September 23, 2020       s/Lisa G Wagner_____
                               LISA G. WAGNER, CASE MANAGER AND
                               DEPUTY CLERK TO THE HONORABLE
                               ROBERT H. CLELEND